**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  JOSE E. VERGARA                     §         Case No. 16-80543
       WENDY M. VERGARA                §
                                                          §
            Debtor(s)                                    §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/07/2016.

2) The plan was confirmed on 06/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/14/2017.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/06/2017.

5) The case was completed on 01/29/2019.

6) Number of months from filing or conversion to last payment: 34.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,000.00.

10) Amount of unsecured claims discharged without full payment: $199,671.67.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 25,862.00 | |
| Less amount refunded to debtor(s) | $ 600.00 | |
| **NET RECEIPTS** | | $ 25,262.00 |

## Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,073.78 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,073.78 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 4,825.85 | 4,825.85 | 4,825.85 | 4,825.85 | 395.71 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOLLEMI ACQUISITIONS LLC by | Uns | 0.00 | 18,847.16 | 18,847.16 | 1,210.48 | 0.00 |
| SPRINGLEAF FINANCIAL SERV. OF | Sec | 11,356.00 | 11,198.65 | 6,875.00 | 6,875.00 | 387.64 |
| SPRINGLEAF FINANCIAL SERV. OF | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVANCED DENTAL SOLUTIONS | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 221.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 452.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| BRIAN W WU | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS REVENUE SYSTEMS INC | Uns | 57.00 | NA | NA | 0.00 | 0.00 |
| C & D COMPLETE BUSINESS | Uns | 681.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 222.00 | 296.79 | 296.79 | 19.06 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 540.00 | 540.43 | 540.43 | 34.71 | 0.00 |
| CASTLE PAYDAY LOAN | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CBE GROUP | Uns | 379.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES INC | Uns | 411.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HME | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEMS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEMS | Uns | 6,056.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HME ALGONQUIN | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 649.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR CADIOVASCULAR | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIAGNOSTIC | Uns | 2,123.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Uns | 708.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Uns | 385.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION SVC | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 248.00 | 78,158.58 | 78,158.58 | 5,019.81 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 415.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 4,125.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 4,393.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 4,414.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 4,419.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 4,580.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 5,839.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 6,352.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 8,489.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 8,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION / NELN | Uns | 9,645.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 1,627.00 | NA | NA | 0.00 | 0.00 |
| FIELDSTONE MORTGAGE CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST FOOT PODIATRY | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 33.00 | 423.29 | 423.29 | 27.19 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 411.00 | 410.54 | 410.54 | 26.37 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FOX VALLEY HERATOLOGY & | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL VACATION NETWORK | Uns | 1,519.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 4,000.00 | 3,155.53 | 3,155.53 | 202.67 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 328.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 516.00 | 516.39 | 516.39 | 33.17 | 0.00 |
| ICS / ILLINOIS COLLECTION SERV | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CANCER SPECIALISTS | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOCIATES | Uns | 507.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 305.00 | 305.64 | 305.64 | 19.63 | 0.00 |
| KOHLS / CAPONE | Uns | 307.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| LIFELINE | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES | Uns | 493.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Uns | 497.00 | NA | NA | 0.00 | 0.00 |
| MDC ENVIRONMENTAL SERVICES | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,369.00 | NA | NA | 0.00 | 0.00 |
| MOHS SURGERY & DERMATOLOGY | Uns | 18.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 364.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN IL MEDICAL CENTER | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| PRA BEHAVIORAL LLC | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| QVC | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Uns | 1,800.00 | 1,626.77 | 1,626.77 | 104.48 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 367.00 | 100.57 | 100.57 | 6.45 | 0.00 |
| THOMAS J WEIGEL MD | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEM | Uns | 541.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL EXPRESS PAYDAY | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,700.85 | $ 11,700.85 | $ 783.35 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,700.85 | $ 11,700.85 | $ 783.35 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 104,381.69 | $ 6,704.02 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,073.78 |
| Disbursements to Creditors | $ 19,188.22 |
| **TOTAL DISBURSEMENTS:** | $ 25,262.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/19/2019        By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.